[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 99-13814
_____

D. C. Docket No. 99-00015-CR-R-WS

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 15, 2002
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER DRAYTON,

Defendant-Appellant.

_____

No. 99-15152
_____

D. C. Docket No. 99-00015-CR-4-002

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIFTON BROWN, JR.,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Florida
_____

(August 15, 2002)

**ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES**

Before CARNES and BARKETT, Circuit Judges, and POLLAK\*, District Judge.

PER CURIAM:

Pursuant to the Supreme Court's decision in this case, United States v.

Drayton, 122 S.Ct. 2105 (2002), the convictions of appellants are AFFIRMED.

_____

*Honorable Louis H. Pollak, U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.